317 Ga. 725
FINAL COPY

S23Y1064. IN THE MATTER OF CARL LAWRENCE COLLINS.

PER CURIAM.

This disciplinary matter is before the Court on the petition filed by Carl Lawrence Collins (State Bar No. 110769) seeking the voluntary suspension of his license to practice law pending the outcome of an appeal of his criminal convictions. Collins, who has been a member of the State Bar of Georgia since 2014, admits that, on November 16, 2022, he was found guilty, in the United States District Court for the Eastern District of Michigan, Southern Division, of five counts of making a false tax return, in violation of 26 USC § 7206 (1). Collins further acknowledges that his convictions constitute violations of Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct, found in Bar Rule 4-102 (d). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. The Bar did not file a response to Collins's petition, and Special Master Michael

Joseph Blakely, Jr., filed a report and recommendation suggesting that this Court accept Collins's petition.

Having reviewed Collins's petition and the special master's report, we agree that the petition should be accepted. See *In the Matter of Rachel*, 297 Ga. 279 (773 SE2d 246) (2015) (accepting petition seeking voluntary suspension of license pending outcome of appeal of criminal conviction). See also *In the Matter of Swank*, 288 Ga. 479 (704 SE2d 807) (2011) (accepting petition for interim suspension during pendency of criminal charges). Accordingly, it is hereby ordered that Carl Lawrence Collins be suspended from the practice of law in this State pending the outcome of his direct appeal and until further order of this Court. Collins is ordered to notify the State Bar's Office of General Counsel in writing within ten days of the final disposition of his direct appeal, and he is further ordered to comply with the notification and other requirements of Bar Rule 4-219 (b).

*Petition for interim suspension accepted. Suspended until further order of this Court. All the Justices concur.*

Decided November 7, 2023.

Suspension.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Assistant General Counsel State Bar*, for State Bar of Georgia.